UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -x
                                    :
UNITED STATES OF AMERICA
                                    :
     - v. -
                                    :     SUPERSEDING
                                          INFORMATION
JOSEPH ZAPATERO,                    :
     a/k/a "Gordo"                        S1 09 Cr. 915
                                    :
          Defendant.
                                    :
- - - - - - - - - - - - - - - - - -x

COUNT ONE

The United States Attorney Charges:

1.  On or about August 4, 2009, up to and including on or about September 10, 2009, in the Southern District of New York and elsewhere, JOSEPH ZAPATERO, a/k/a "Gordo," the defendant, unlawfully, intentionally, and knowingly attempted to distribute and possess with the intent to distribute a controlled substance, in violation of 21 U.S.C. § 841(a)(1).

2.  The controlled substance involved in the offense was a mixtures and substances containing a detectable amount of cocaine, in violation of 21 U.S.C. §841(b)(1)(C)

(Title 21, United States Code, Section 846, and Title 18, United States Code, Section 2.)

*[signature]*
PREET BHARARA
United States Attorney